THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID L. COPP, Appellant.—

Present—Del Vecchio, J. P., Marsh, Gabrielli and Moule, JJ.